PEOPLE v. LUCAS et al.

(Common Pleas of New York City and County, General Term.   April 2, 1894.)

George Lucas and Charles Lighte move to vacate judgment entered on a forfeited recognizance.

J. R. Fellows, for the People.
F. P. Trautman, for defendant.

DALY, C. J.   The certificate of the district attorney evidently refers to a different case from that described in the certificate of the special sessions, where the prisoner was sentenced to imprisonment, and not to pay a fine. Application denied, with leave to renew upon proper proofs.

RISK, Respondent, v. UFFELMAN et al., Appellants.

(Common Pleas of New York City and County, General Term.   April 2, 1894.)

Action by William Risk against Richard Uffelman and others.   Appellants move for leave to appeal to the court of appeals.

U. W. Tompkins, for appellants.
Jas. R. Angel, for respondent.

PER CURIAM.   The very exhaustive opinion delivered upon the affirmance of the judgment appealed from leaves no room for doubting its measure of exact justice.   27 N. Y. Supp. 392.   The flagrant—almost criminal—abuse of judicial process, upon which the judgment is founded, does not commend the appellants to favorable consideration, in so far as their present motion is addressed to the discretion of the court; but the judgment is mainly predicated on a conflict of evidence, and the questions of law involved are not of so novel or intricate a character that we feel justified in remitting them to the attention of the court of appeals, and for those reasons we deny the motion.   Motion denied, with $10 costs.

BUSTIN, Respondent, v. DAVIS, Appellant.

(Common Pleas of New York City and County, General Term.   April 25, 1894.)

Appeal from district court.
Action by John Bustin against William Davis.
Argued before BOOKSTAVER and BISCHOFF, JJ.
A. Kahn, for appellant.
D. Herschfield, for respondent. .
No opinion.   Judgment affirmed, with costs.